**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

   **UNITED STATES OF AMERICA**    :

                -against-    :    15-CR-116 (ALC)

    :    <u>ORDER</u>

   **ALLEN BARRINGTON,**    :

                       **Defendants.**  :

-----------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:** _____
**DATE FILED:** May 11, 2020

**ANDREW L. CARTER, JR., United States District Judge:**

      A Telephone Conference is set for **May 15, 2020** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: May 11, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**