```
                                                          USDC SDNY
                                                          DOCUMENT
UNITED STATES DISTRICT COURT                              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC#: _____
-----------------------------------------------------x    DATE FILED: 5/18/20
    UNITED STATES OF AMERICA            :
                                        :
                                        :
            -against-                   :      15-CR-116 (ALC)
                                        :      ORDER
                                        :
    ALLEN BARRINGTON,                   :
                                        :
                        Defendants.     :
                                        :
-----------------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

A Telephone Conference is set for **May 20, 2020** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: May 18, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**